UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEYVAN NASSIRI MOTLAGH, et al., <br><br> Plaintiffs, <br><br> v. <br><br><br> MACY'S CORPORATE SERVICES, INC., et al., <br><br> Defendants. <br><br> AND RELATED CROSS ACTIONS | Case No.: 19cv42-JAH (JLB) <br><br> **ORDER GRANTING MOTION TO APPOINT GUARDIAN AD LITEM** |

Pending before the Court is Plaintiff Keyvan Nassiri Motlagh, *et al*'s ("Plaintiffs") Motion to Appoint Guardian Ad Litem. *See* Doc. No. 38. Upon review of Plaintiffs' motion and good cause appearing, Plaintiffs' motion is **GRANTED**. Accordingly, IT IS HEREBY ORDERED that Keyvan Nassiri Motlagh be appointed Guardian Ad Litem for Mahindokht Sanei Khansari, to continue to prosecute and settle the action on her behalf.

**IT IS SO ORDERED.**

DATED: July 7, 2020

_____
Hon. John A. Houston
United States District Judge

1

19cv42-JAH (JLB)