UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEYVAN NASSIRI MOTLAGH, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MACY'S CORPORATE SERVICES, INC., et al.,<br><br>Defendants. | Case No.:  19-cv-00042-JAH-JLB<br><br>**BRIEFING SCHEDULE FOR MOTION FOR SETTLEMENT APPROVAL** |

On July 7, 2020, the Honorable John A. Houston granted Plaintiffs' Petition for Guardian Ad Litem ("Petition") and appointed Plaintiff Motlagh as guardian ad litem for Plaintiff Khansari.  (ECF No. 39.)  In her declaration in support of the Petition, Plaintiff Motlagh represented that Plaintiff Khansari is unable to competently protect her interests in this matter.  (*See* ECF No. 38-1.)  Civil Local Rule 17.1.a. provides:

> No action by or on behalf of a minor or incompetent, or in which a minor or incompetent has an interest, will be settled, compromised, voluntarily discontinued, dismissed or terminated without court order or judgment.  All settlements and compromises must be reviewed by a magistrate judge before any order of approval will issue.  The parties may, with district judge approval consent to magistrate judge jurisdiction under 28 U.S.C. § 636(c) for entry of an order approving the entire settlement or compromise.

Accordingly, as this case has settled (ECF No. 23), the Court hereby sets the following Briefing Schedule for a motion for approval of a settlement involving an incompetent pursuant to Civil Local Rule 17.1:

1. A motion by Plaintiffs, or joint motion by the parties, for approval of a settlement involving an incompetent shall be filed no later than **August 28, 2020**. A completed MC-350 form[1] shall be attached to the motion. If the motion is not jointly filed, the motion shall include a statement as to whether the motion is opposed by any party.

2. If the motion is not jointly filed, any opposition to Plaintiffs' motion shall be filed no later than **September 4, 2020**.

**IT IS SO ORDERED.**

Dated: August 12, 2020

_____
Hon. Jill L. Burkhardt
United States Magistrate Judge

---

[1] Available at: https://www.courts.ca.gov/documents/mc350.pdf.